2008R01526
MP/ms

|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>FAWZI SALEH<br><br>*Defendant.* | Honorable Faith S. Hochberg, U.S.D.J.<br><br>Criminal No. 10-672<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on October 1, 2010, the United States filed an Information against Fawzi Saleh (hereinafter "Defendant"), charging him with knowingly and willfully executing a scheme and artifice to defraud a health care benefits program and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody control of, a health care benefits program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of 18 U.S.C. §§ 1347 and 2; and

**WHEREAS**, on October 1, 2010, the defendant pled guilty to the Information; and

**WHEREAS**, on February 9, 2011, a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and defendant Fawzi Saleh, pursuant to the terms of the Plea Agreement, under which the defendant

agreed, pursuant to 18 U.S.C. § 982(a)(7), to the forfeiture of $232,663.94 (the "Property"); and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1) as incorporated through 18 U.S.C. § 982(b)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on February 10, 2011, and running for thirty consecutive days through March 11, 2011 (*see* Exhibit A to the Declaration of Marion Percell); and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against $232,663.94, and no right, title, or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 26th day of April, 2011.

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge